UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLTON WILLIAMS #674078,

Plaintiff,

v.

UNKNOWN STONE, et al.,

Defendants.

/

Case No. 1:23-cv-1101

Honorable Phillip J. Green

# JUDGMENT

In accordance with the opinion and order entered this day:

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 45) is granted and this action terminated.

Dated: August 10, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge